**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip T Charleston,<br><br>   Petitioner,<br><br>v.<br><br>William W Lothrop, et al.,<br><br>   Respondents. | No. CV-21-01835-PHX-JAT (ESW)<br><br>**ORDER** |

The Court has considered Respondent's Motion for Extension of Time to Respond to Petition (Doc. 18).  Good cause appearing,

IT IS ORDERED granting the Motion for Extension of Time to Respond to Petition (Doc. 18).  Respondent shall file his response to Petitioner's Petition For A Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1) and Supplemental Memorandum of Law (Doc. 10) no later than **April 13, 2022**.

Dated this 11th day of March, 2022.

Honorable Eileen S. Willett
United States Magistrate Judge